UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                                    Criminal No. 18cr20641

v.

                                                    Honorable Terrence G. Berg

D-2 ANTHONY ADAMS,

       Defendant.

---

**GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S
SECOND MOTION FOR REVOCATION OF DETENTION ORDER**

---

# EXHIBIT A

NDOC No. 1182882
Parole File # L18-1142

## State of Nevada
### DEPARTMENT OF PUBLIC SAFETY
### Division of Parole and Probation

# DISHONORABLE DISCHARGE FROM PAROLE

To All to Whom These Presents Come... GREETINGS:

The Nevada Board of Parole Commissioners, through the Division of Parole and Probation, does hereby discharge from parole and further liability under his sentence ADAMS, ANTHONY, who was, on the 12th day of May, 2015, convicted of the crime of: FORGERY OF CREDIT OR DEBIT CARD (F) Criminal Case # C-14-302050-1 in the District Court of the State of Nevada in and for the County of Clark and as legal punishment, therefore, was then in and by said Court, sentenced to imprisonment in the Nevada Department of Corrections for the term of 12 to 32 months and on the 11th day of January, 2018, was paroled, from the said Nevada Department of Corrections, upon an order of the Board of Parole Commissioners, until the expiration date of September 22, 2018.

   IT IS HEREBY ORDERED that said Parolee be dishonorably discharged from said parole.

Pursuant to NRS 239B.030, the undersigned hereby affirms this document does not contain the social security number of any person. Attached are documents explaining restoration of Civil Rights and Sealing of records.

Dated this 22nd day of September, 2018.


Division of Parole and Probation

_____
For: Natalie A. Wood, Chief