UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,                    CRIMINAL NO. 18-cr-20641

v.                                   HON. TERRENCE G. BERG

D-2 ANTHONY ADAMS,
D-6 DENICO ADAMS,
D-7 RODNEY GIST,
      Defendants.

## MOTION TO SEAL

The United States of America, by its undersigned attorneys, respectfully requests that the exhibits for the Government's Memorandum Regarding Contested Sentencing Guidelines be sealed until further order of the Court because of the voluminous personal information contained within.

                                            Respectfully submitted,

                                            MATTHEW SCHNEIDER
                                            *United States Attorney*

                                            s/ *Mark Chasteen*
                                            MARK CHASTEEN
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI  48226
                                            mark.chasteen@usdoj.gov
                                            (313) 226- 9555

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,                                     CRIMINAL NO. 18-cr-20641

v.                                           HON. TERRENCE G. BERG

D-2 ANTHONY ADAMS,
D-6 DENICO ADAMS,
D-7 RODNEY GIST,
      Defendants.

## ORDER TO SEAL

The government having moved to seal exhibits for the Government's Memorandum Regarding Contested Sentencing Guidelines and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the exhibits for the Government's Memorandum Regarding Contested Sentencing Guidelines be sealed until further Order of this Court.

                                              /s/Terrence G. Berg
                                            Honorable Terrence G. Berg
                                            United States District Judge

Dated: June 17, 2020