UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                      Case No. 2:18-cr-20641-TGB-APP
                                         Hon. Terrence G. Berg

Anthony Adams, et al.,

          Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Anthony Adams, Denico Adams, Rodney Gist

The defendant(s) shall appear before District Judge Terrence G. Berg at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 252, Detroit, Michigan, for the following proceeding(s):

- EVIDENTIARY HEARING:  July 15, 2021 at 09:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/A Chubb
                                                   Case Manager

Dated:  July 7, 2021