| PROB 12C (Rev. 08/18) | **AMEDNDED VIOLATION REPORT PART 1:   PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5441883 | DATE 09/08/2025 |
|---|---|---|---|---|
| **NAME** ADAMS, Anthony | **OFFICER** Elizabeth Campana | **JUDGE** Terrence G. Berg | | **DOCKET #** 18-CR-20641-02 |

| ORIGINAL SENTENCE DATE 11/04/2021 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY III | TOTAL OFFENSE LEVEL 28 | PHOTO |
|---|---|---|---|---|
| COMMENCED 08/23/2024 | | | |  |
| EXPIRATION 08/22/2026 | | | | |

| ASST. U.S. ATTORNEY Ryan Particka | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO AMEND VIOLATIONS TO PETITION FOR WARRANT FILED ON MARCH 3, 2025.**

**PLEASE NOTE THE AMENDED INFORMATION IS UNDERLINED**

**ORIGINAL OFFENSE**

Count 1:  18 U.S.C. §1349, Conspiracy to Commit Wire Fraud;
Count 2:  18 U.S.C. §1956, Conspiracy to Commit Money Laundering
Counts 5-8:  18 U.S.C. §1028A(a)(1), Aggravated Identity Theft

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 72 months on Counts 1 and 2 to run concurrently; 24 months on Counts 5 through 8 to run concurrently to each other but consecutive to Counts 1 and 2 for a total of 96 months, to be followed by a two-year term of supervised release (two years on Counts 1 and 2 and one year on Counts 5 through 8, to run concurrently).

**ORIGINAL SPECIAL CONDITIONS**

1. You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.
2. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

| PROB 12C (Rev. 08/18) | **AMEDNDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5441883 | DATE 09/08/2025 |
|---|---|---|---|---|
| NAME ADAMS, Anthony | | OFFICER Elizabeth Campana | JUDGE Terrence G. Berg | DOCKET # 18-CR-20641-02 |

3. You must submit your computers (as defined in 18 U.S.C. § 1030(e)(1)) or other electronic communications or data storage devices or media, to a search.
4. You must participate in an educational services program and follow the rules and regulations of that program. Such programs may include high school equivalency preparation, English as a Second Language classes, and other classes designed to improve your proficiency in skills such as reading, writing, mathematics, or computer use.
5. You must participate in a gambling addiction treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
6. You must submit to substance abuse testing to determine if you have used a prohibited substance.
7. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
8. You must pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.
9. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
10. You must not incur new credit charges, or open additional lines of credit without the approval of the probation officer.

Criminal Monetary Penalties: Special Assessment $600.00 (balance $163,15); Restitution $1,939,476.80 (balance $1,933,807.08).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:**  "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." <br><br>On September 5, 2025, ADAMS agreed to plead to a two-count Information, to be filed with the United States District Court in the Eastern District of Michigan, charging ADAMS with violation of 18 U.S.C. § 1343, Wire Fraud and 18 U.S.C. 18 § 1028A, Aggravated Identity Theft.<br><br>From at least February 2024, and continuing through at least January 13, 2025, ADAMS created fraudulent business accounts with Lowe's Home Improvement and Home Depot stores and used the credit cards associated with these accounts to unlawfully obtain goods from Lowe's and Home Depot. To do so, ADAMS supplied information from actual businesses or persons associated with actual businesses. ADAMS did not have permission to open these accounts or use the victim businesses' information. |

| PROB 12C (Rev. 08/18) | **AMEDNDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5441883 | DATE 09/08/2025 |
|---|---|---|---|---|
| **NAME** ADAMS, Anthony | **OFFICER** Elizabeth Campana | **JUDGE** Terrence G. Berg | | **DOCKET #** 18-CR-20641-02 |

**2**   **Violation of Mandatory Condition**: "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On March 3, 2025, the Clinton Township Police Department in Clinton Township, Michigan opened an investigation following reports of retail fraud by the Asset Protection Manager of the Lowe's Home Improvement in Clinton Township.

According to the incident report, on December 2, 2024 and December 26, 2024, ADAMS entered the Lowe's in Clinton Township and selected various merchandise. ADAMS used a lower price bar code to scan some items at the self-scan register, ultimately failing to pay for all the items in his possession. ADAMS then left the store without offering payment for all the items in his possession. The reported approximate total loss from these two transactions was $707.80.

On March 10, 2025, ADAMS was charged with two misdemeanor counts of Retail Fraud – Second Degree in the 41-B District Court in Clinton Township. A warrant for these charges was issued the same day and remains active.

**3**   **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On October 14, 2024, Union County Sheriff's Office in Waxhaw, North Carolina took a report for Obtaining Property by False Pretenses. According to the victim, owner of American Drainage Systems, they were notified by Synchrony Bank that an account was open in their business name for a "Donald Blackmon" in Allen Park, Michigan. The bank also notified the victim the suspect purchased $4,000 worth of items at Lowes in Michigan. Information related to this case was turned over to the Federal Bureau of Investigation for additional investigation. Per the FBI and Lowes loss prevention, ADAMS purchased items from Lowes in Southfield, Michigan on October 10, 2024 and October 12, 2024, using the stolen credit card. At the time of this report, no formal charges have been filed at the state level for this offense.

**4**   **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On October 23, 2024, Waxhaw Police Department in Waxhaw, North Carolina took a report for Obtaining Property by False Pretenses. According to the victim, an employee of Kleiberit Adhesives, they received a credit card bill from Lowes they did not request. Per the victim, on October 12, 2024, a Donald Blackman entered a Lowe's in Southfield, Michigan, obtained credit for $5,010.00, and purchased items from the store. On November 25, 2024, officers observed video footage of the suspect who was identified as being ADAMS. Information related to this case was turned over to the Federal Bureau of Investigation. Per the FBI and Lowes loss prevention, ADAMS purchased items from Lowes in Southfield, Michigan on October 12, 2024

| PROB 12C<br>(Rev. 08/18) | **AMEDNDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>5441883 | DATE<br>09/08/2025 |
|---|---|---|---|---|
| NAME<br>ADAMS, Anthony | OFFICER<br>Elizabeth Campana | JUDGE<br>Terrence G. Berg | | DOCKET #<br>18-CR-20641-02 |

using the stolen credit card. At the time of this report, no formal charges have been filed at the state level for this offense.

5     **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On December 14, 2024, per Southfield Police Department in Southfield, Michigan, officers were dispatched to Home Depot for a report of fraud in progress. The victim was notified that $3,345.00 worth of items was being purchased at Home Depot and the suspects who made the purchase were still at the store. Loss prevention at Home Deport advised dispatch that a male and female left in a white Dodge cargo van after fraudulently purchasing the items and failing to load all of the items into the van.

The victim proceeded to Farmington Hills Police Department to file a fraud report, however while at the station, she received a call from a "detective Donald Smith" stating she did not need to file a police report and the suspect was caught. The male stated the suspect was Freddrick Stephens and he had a lengthy record including murder out of Wanye County. The victim then received another call from the male "detective Donald Smith" stating Home Deport advised nothing would go on her credit report and there was no need to file a report. Upon further investigation, there is no Donald Smith employed with Southfield Police Department. Additionally, ADAMS was identified via CCTV footage as the male suspect in the fraudulent purchase of cabinets. According to the report, the case is still under investigation. At the time of this report, no formal charges have been filed.

6     **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."

On January 16, 2025, Per Livonia Police Department, a victim entered the police department in Livonia, Michigan to report fraud. The victim advised he received a Home Depot credit card in the mail, however, did not apply for a card. He was notified by Home Depot that multiple transactions had been made to the card. Following a search warrant request to Home Depot, it was determined that purchase were made on January 5, 2025, at Home Depot in Northville, Michigan in the amount of $3,849.67 using the fraudulent card. A review of CCTV footage provided by Home Deport identified ADAMS as one of the three suspects. It is also noted that ADAMS cell phone places him in the area of the Home Depot during the time of the theft. A warrant was submitted and formal fraud charges are pending. At the time of this report, it does not appear formal charges have been filed at the state level.

| PROB 12C (Rev. 08/18) | **AMEDNDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5441883 | DATE 09/08/2025 |
|---|---|---|---|---|
| **NAME** ADAMS, Anthony | **OFFICER** Elizabeth Campana | **JUDGE** Terrence G. Berg | | **DOCKET #** 18-CR-20641-02 |

| | | |
|---|---|---|
| 7 | **Violation of Mandatory Condition:** | "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." |

On February 12, 2025, per Harper Woods Police Department report, Lowe's assets protection department submitted a report for retail fraud via changing price tags. The suspect was identified as ADAMS by Lowe's and confirmed through Secretary of State photo. Per the loss prevention department, ADAMS and a second suspect entered the store empty handed. The second suspect selected two 5-gallon general buckets and ADAMS selected two Sherwin Williams gallons of paint primer valued at $280.42 each. ADAMS pulled the price tag from another paint item valued at $15.98 and placed on the Sherwin Williams paint. ADAMS met up with the second suspect and then proceeded to the self-checkout. ADAMS scanned the replacement barcode twice and paid for the items in addition to other legitimate purchases. After leaving the store, ADAMS and the second suspect entered a white Chevy Malibu with a Texas plate (TGZ8604). ADAMS was mailed a citation for Retail Fraud – Third Degree for defrauding Lowe's of $560.84. He was issued a notice to appear (25HA00283) at 32A District Court in Harper Woods, Michigan for arraignment on March 3, 2025, at 8:30 am.

On February 6, 2025, during a home inspection at ADAMS new residence, a white Chevy Malibu with a Texas plate (TGZ8604) was observed and photographed by this writer.

<u>On May 7, 2025, a bench warrant was issued in the 32A District Court for failure to appear at hearing on April 21, 2025. This warrant remains outstanding.</u>

| | | |
|---|---|---|
| 8 | **Violation of Standard Condition:** | "YOU MUST NOT KNOWINGLY LEAVE THE FEDERAL JUDICIAL DISTRICT WHERE YOU ARE AUTHORIZED TO RESIDE WITHOUT FIRST GETTING PERMISSION FROM THE COURT OR THE PROBATION OFFICER." |

On January 9, 2025, the Federal Bureau of Investigation – Detroit Fraud & Financial Crime Task Force (FBI – DEFACT), conducted a search warrant of ADAMS residence and seized two cell phones. The FBI's investigation of the cell phone location data revealed ADAMS had left the judicial district of Eastern District of Michigan without permission, as indicated below.

On October 19, 2024, ADAMS was located near the Indiana border traveling to Chicago, Illinois. The phone was in the Chicago area until October 21, 2024.

On November 7, 2024, ADAMS was located at Detroit Metro Airport, leaving to Los Angeles, California (LAX Airport), and returned to Detroit Metro Airport on November 10, 2024.

| PROB 12C (Rev. 08/18) | **AMEDNDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 5441883 | **DATE** 09/08/2025 |
|---|---|---|---|---|---|
| **NAME** ADAMS, Anthony | | **OFFICER** Elizabeth Campana | **JUDGE** Terrence G. Berg | | **DOCKET #** 18-CR-20641-02 |

| | | |
|---|---|---|
| 9 | **Violation of Standard Condition No. 7:** "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT, YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE." | |
| | Despite ongoing encouragement and counseling by the probation department, ADAMS has failed to obtain employment since the onset of supervised release. | |
| 10 | **Violation of Special Condition:** "YOU MUST PARTICIPATE IN AN EDUCATIONAL SERVICES PROGRAM AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM. SUCH PROGRAMS MAY INCLUDE HIGH SCHOOL EQUIVALENCY PREPARATION, ENGLISH AS A SECOND LANGUAGE CLASSES, AND OTHER CLASSES DESIGNED TO IMPROVE YOUR PROFICIENCY IN SKILLS SUCH AS READING, WRITING, MATHEMATICS, OR COMPUTER USE." | |
| | ADAMS has failed to participate in any educational program since the onset of supervised release. | |

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Elizabeth Campana/slg/djl/slg (313) 234-5409 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Matthew A. Romeo 989-894-8829 | **PROBATION ROUTING** Data Entry |

| PROB 12C (Rev. 08/18) | **AMEDNDED VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 5441883 | DATE 09/08/2025 |
|---|---|---|---|---|
| **NAME** ADAMS, Anthony | | **OFFICER** Elizabeth Campana | **JUDGE** Terrence G. Berg | **DOCKET #** 18-CR-20641-02 |

**THE COURT ORDERS:**

[ X ]  The amendments to violations in the Petition for Warrant filed on March 3, 2025.

[ ]  Other

                                                                      s/Terrence G. Berg
                                                                      United States District Judge

                                                                      9/9/2025
                                                                      Date